Samuel Kelley, Plaintiff-Appellant, v. Village of Willowbrook, a Municipal Corporation, Defendant-Appellee.

Gen. No. 11,627.

Second District, First Division.

November 15, 1962.

Raymond H. Borkenhagen, of Chicago, for appellant; Theodore W. Huszagh, of Chicago, for appellee. Opinion by JUDGE McNEAL. **Not to be published in full.**